**Ronald LAWRENCE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49095.**

Missouri Court of Appeals,
Western District.

Sept. 13, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1994.

Application for Transfer Sustained
Feb. 21, 1995.

Case Retransferred May 30, 1995.

Court of Appeals Opinion Readopted
June 2, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

### *ORDER*

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).